IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| VANDRE MINNIFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-455-WKW |
| | ) | [WO] |
| LEE COUNTY, OPELIKA | ) | |
| POLICE DEPARTMENT, and | ) | |
| PHILLIP O. TYLER, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 4.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

2. Plaintiff's 42 U.S.C. § 1983 claims against Defendants Opelika Police Department and Phillip O. Tyler are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's 42 U.S.C. § 1983 claims against Defendant Lee County are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i)–(ii).

A final judgment will be entered separately.

DONE this 10th day of October, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE